(May 18, 1971)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BOOKER TILLERY, Appellant.—

Concur — Markewich, J. P., Kupferman, Steuer, Tilzer and Eager, JJ.